# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Christina Britt | ) | Case No:   5:12-CR-351-12F |
| | ) | USM No:   56906-056 |
| Date of Original Judgment:        January 9, 2014 | ) | |
| Date of Previous Amended Judgment: | ) | Joseph Craven |
| (Use Date of Last Amended Judgment if Any) | | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐DENIED.   ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____81_____ months **is reduced to** _____65 months_____

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated ___January 1, 2014___ shall remain in effect. **IT IS SO ORDERED.**

Order Date:        1/9/15

_____
Judge's signature

Effective Date:        November 1, 2015        James C. Fox, Senior U.S. District Judge
                        *(if different from order date)*        Printed name and title

EDNC Rev. 11/8/2011